UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Print clearly and legibly the following information:

Robert M. Elliott
Ryan K. Taylor
Print the full name of plaintiff**S**

Case No. _____
(Include case number if one has been assigned, otherwise leave blank.)

-against-

Federal Bureau of Prisons (BOP)
Department of Justice
William Marshall
— See Attached —

Print the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section 4.

**COMPLAINT**
(Prisoner)

____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

AUG 26 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

---

1. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *Bivens* action (against federal defendants).

[X] Violation of my federal constitutional rights

[ ] Other: _____

1st + 5th Amendment Violations

2. **PLAINTIFF INFORMATION**

Plaintiff must provide the following information. Attach additional pages if necessary.

Robert / M / Elliott
First Name / Middle Initial / Last Name

Ø

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

16749-028

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

Federal Correctional Institution Cumberland -CMU-
Current Place of Detention

P.O. Box 1000
Institutional Address

Cumberland / MD. / 21501
County, City / State / Zip Code

3. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☒ Convicted and sentenced prisoner
☐ Immigration detainee
☐ Civilly committed detainee
☐ Other: _____

4. **DEFENDANT INFORMATION**

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

Attach additional pages as necessary.

Defendant 1: Federal Bureau of Prisons (FBOP) Ø
First Name / Last Name / Badge #

<u>Governmental entity</u>
Current Job Title (or other identifying information)

<u>320 First Street, N.W.</u>
Current Work Address

<u>Washington</u>     <u>D.C.</u>     <u>20534</u>
County, City      State      Zip Code

Defendant 2: <u>Department of Justice</u>     <u>Ø</u>
First Name    Last Name      Badge #

<u>Governmental entity</u>
Current Job Title (or other identifying information)

<u>950 Pennsylvania AVE. N.W.</u>
Current Work Address

<u>Washington</u>     <u>D.C.</u>     <u>20530</u>
County, City      State      Zip Code

Defendant 3: <u>William</u>   <u>Marshall</u>     <u>Ø</u>
First Name    Last Name      Badge #

<u>Director of FBOP</u>
Current Job Title (or other identifying information)

<u>320 First Street, N.W.</u>
Current Work Address

<u>Washington</u>     <u>D.C.</u>     <u>20534</u>
County, City      State      Zip Code

Defendant 4: <u>Christopher</u>   <u>Gomez</u>     <u>Ø</u>
First Name    Last Name      Badge #

<u>Regional Director for Mid-Atlantic Region</u>
Current Job Title (or other identifying information)

<u>302 Sentinel DR.</u>
Current Work Address

<u>Annapolis Jct.</u>     <u>MD.</u>     <u>20701</u>
County, City      State      Zip Code

5. **STATEMENT OF CLAIM**

- Where did the events take place?

    Name of institution  _Federal Correctional Institution Cumberland_

    Location in the institution  _Institution wide._

    If outside an institution, state where _Claims 1 and 2 effect the entire BoP. Claims 3-6 effect entire BoP in Part._

- When did the events take place?

    Month, date, year  _have been occuring for years and still activley are._

    Time of day  _Current_

- State here briefly the FACTS that support your case. Describe
    1. what happened,
    2. how you were harmed, and
    3. how each defendant that you named took wrongful action that caused you harm.

    **Attach additional pages as necessary.**

_See Page 9 attached_

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

Deprivations of constitutional rights. -see complaint-.

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

See Pages 25 and 26.

## 8. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

_8-14-25_
Date

_Robert M. Elliott_
Plaintiff's Signature

_Robert_  _M._  _Elliott_
First Name   Middle Initial   Last Name

_Federal Correctional Institution Cumberland, -CMU-, P.O. Box 1000_
Prison Address

_Cumberland_   _MD._   _21501_
County, City    State     Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _8-19-25_