IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT M. ELLIOTT, *et al*,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS, *et al*,

    Defendants.

Case No. 1:25-cv-02812-DLB

**MOTION TO STAY DUE TO
LAPSE OF APPROPRIATIONS**

Defendants, by and through undersigned counsel, move for a stay of this action, and state for good cause:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and Bureau of Prison employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Defendants therefore request a stay of this matter until Congress restores appropriations to the Department.

4. If this motion is granted, Defendants will file a status report proposing a schedule for resuming the litigation within 14 days of appropriations being restored and Department of Justice attorneys being permitted to resume their usual civil litigation functions.

5. Undersigned counsel did not obtain Plaintiffs' position on consent to this motion as *pro se* Plaintiffs are incarcerated.

WHEREFORE, although Defendants greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a stay of this case until Department of Justice attorneys are permitted to resume their usual functions.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Matthew T. Shea (Bar No. 19443)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Matthew.Shea2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and caused a copy to be sent via U.S. mail, first class, postage prepaid, to:

Robert M. Elliott
#16749-028
Federal Correctional Institution Cumberland
P.O. Box 1000
Cumberland, MD 21501

Ryan K. Taylor
#20301-035
Federal Correctional Institution Cumberland
P.O. Box 1000
Cumberland, MD 21501

                                                    */s/*
                                        Matthew T. Shea
                                        Assistant United States Attorney